**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant MARIA ELENA SORIANO-SALINAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:18-cr-00196-LJO-SKO |
| Plaintiff, | MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL (DECLARATION OF CONFLICT); ORDER |
| vs. | |
| MARIA ELENA SORIANO-SALINAS, | |
| Defendant. | |

Serita Rios, appointed counsel for defendant, MARIA ELENA SORIANO-SALINAS, in the above-titled case, moves for an Order allowing her to withdraw as counsel of record and for the Court to appoint new counsel to represent defendant. This motion is based on the following:

1. On September 12, 2018, the Court appointed attorney, Serita Rios, to represent defendant, MARIA ELENA SORIANO-SALINAS.

2. On September 12, 2018, attorney, Serita Rios, became aware that she had a conflict of interest in representing defendant, MARIA ELENA SORIANO-SALINAS.

-1-

3. On September 12, 2018, attorney, Serita Rios, contacted the CJA Panel administration to inform her of the conflict.

4. The CJA Panel administrator is prepared to panel defendant, MARIA ELENA SORIANO-SALINAS', case based upon this declaration of conflict and an Order by this Court relieving attorney, Serita Rios.

5. For the above reasons, Serita Rios requests that this Court relieve her of her duties as attorney of record and that the Court refer the matter to the Federal Defender's Office for the appointment of new CJA counsel.

Dated: September 13, 2018    Respectfully Submitted,

/s/ Serita Rios

**Serita Rios**
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated: **September 13, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE